UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EARLIE BENEVOLENCE BERRY, JR., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>STANLEY KNIGHT, et al., )<br>)<br>Defendants. ) | No.   1:07-cv-120-DFH-WTL |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

_David F. Hamilton_
DAVID F. HAMILTON, Judge
United States District Court

Date:   2/21/2007

Laura Briggs, Clerk
United States District Court

_Linda S Carmichael_
By: Deputy Clerk

Distribution:

Earlie Berry, Jr.
DOC # 932151
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064